AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

QUEENS HOSPITALITY, LLC, A FLOIRDA LIMITED LIABILITY COMPANY

*Plaintiff(s)*

v.

BREAKFAST BITCH LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

*Defendant(s)*

Civil Action No. 1:19-CV-22908-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BREAKFAST BITCH LLC
C/O LEGALZOOM.COM, INC. (C2967349)
101 N BRAND BLVD, 11TH FLOOR
GLENDALE, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

QUEENS HOSPITALITY, LLC
C/O DISCHINO & SCHAMY, PLLC
4770 BISCAYNE BLVD., SUITE 1280
MIAMI, FLORIDA 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 19, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Valerie Martinez*
Deputy Clerk
U.S. District Courts