**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:19-CV-22908-MCG

QUEENS HOSPITALITY, a Florida
limited liability company,

Plaintiff,

    v.

BREAKFAST BITCH LLC, a
California limited liability company,

Defendant.
_____/

**NOTICE OF APPEARANCE**

    The undersigned hereby files this Notice of Appearance as counsel for the Plaintiff, QUEENS HOSPITALITY, a Florida limited liability company in the above-styled matter.

    The clerk of the above-styled court is requested to enter this notice of record.

Dated:     July 19, 2019

                                          Respectfully submitted,

                                          By: */s/ Christopher A. DiSchino*
                                              Christopher A. DiSchino, Esq.
                                              Florida Bar No. 084127
                                              DiSchino & Schamy, PLLC
                                              4770 Biscayne Blvd., Suite 1280
                                              Miami, Florida 33137
                                              Tel: (786) 581-2542
                                              christopher@dsmiami.com
                                              admin@dsmiami.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Defendant,
Breakfast Bitch LLC
c/o Legalzoom.com, Inc.
101 N. Brand Blvd., 11th Floor
Glendale, CA 91203

*/s/ Christopher A. DiSchino*
Christopher A. DiSchino, Esq.
Florida Bar No. 084127
DiSchino & Schamy, PLLC
4770 Biscayne Blvd., Suite 1280
Miami, Florida 33137
Tel: (786) 581-2542
christopher@dsmiami.com
admin@dsmiami.com