# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| Civil Action No. 1:19-cv-22908-MGC | United States District Court For The Southern District of Florida | Miami-Dade, FL | 3599827 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Queens Hospitality LLC, A Florida Limited Liability Company | Breakfast Bitch LLC, A California Limited Liability Company |

| Received by: | For: |
|---|---|
| Jon Serve Associates | DiSchino & Schamy |

| To be served upon: |
|---|
| Legal Zoom Inc. (C2967349) Agent for Service for Breakfast Bitch LLC, A California Limited Liability Company |

I, DAVID LUCE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Breakfast Bitch LLC, A California Limited Liability Company, 101 North Brand Ave 11th Floor, Glendale, CA 91203

**Manner of Service:** Served: Legal Zoom Inc. (C2967349) Registered Agent for service, for Breakfast Bitch LLC, A California Limited Liability Company, on Jul 24, 2019, 2:20 pm PDT

**Documents:** Summons in a civil action and Plaintiff's Motion for preliminary injunction and incorporated memorandum of law

**Additional Comments:**
1) Service of Process Completed: Jul 24, 2019, 2:20 pm PDT at 101 North Brand Ave 11th Floor, Glendale, CA 91203 received by Registered Agent for Service (Legal Zoon Inc) (C2967349) For Breakfast Bitch LLC, A California Limited Liability Company. Served Melanie Doe, Legal Processor

**Fees:** $

_____   7-26-19
DAVID LUCE                Date
Process Server License #2014059259
County: Los Angeles

Jon Serve Associates
California Process Servers
10950 Arrow Route 661
Rancho Cucamonga, CA 91729

909-472-9107

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6-27-19                   04-21-20
Date                      Commission Expires

SHABBIR AZAM
COMM. # 2147421
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. APR. 21, 2020