## AFFIDAVIT OF SERVICE

| Case:<br>Civil Action No. 1:19-cv-22908-MGC | Court:<br>United States District Court For The Southern District of Florida | County:<br>Miami-Dade, FL | Job:<br>3599827 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Queens Hospitality LLC, A Florida Limited Liability Company | | **Defendant / Respondent:**<br>Breakfast Bitch LLC, A California Limited Liability Company | |
| **Received by:**<br>Jon Serve Associates | | **For:**<br>DiSchino & Schamy | |
| **To be served upon:**<br>Legal Zoom Inc. (C2967349) Agent for Service for Breakfast Bitch LLC, A California Limited Liability Company | | | |

I, DAVID LUCE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Breakfast Bitch LLC, A California Limited Liability Company, 101 North Brand Ave 11th Floor, Glendale, CA 91203 |
|---|---|
| Manner of Service: | Served: Legal Zoom Inc. (C2967349) Registered Agent for service, for Breakfast Bitch LLC, A California Limited Liability Company, on Jul 24, 2019, 2:20 pm PDT |
| Documents: | Summons in a civil action and Plaintiff's Motion for preliminary injunction and incorporated memorandum of law |

**Additional Comments:**

1) Service of Process Completed: Jul 24, 2019, 2:20 pm PDT at 101 North Brand Ave 11th Floor, Glendale, CA 91203 received by Registered Agent for Service (Legal Zoon Inc) (C2967349) For Breakfast Bitch LLC, A California Limited Liability Company. Served Melanie Doe, Legal Processor

**Fees:**  $115.00

DAVID LUCE                                    7-29-19
Process Server License #2014059259    **Date**
County: Los Angeles

Jon Serve Associates
California Process Servers
10950 Arrow Route 661
Rancho Cucamonga, CA 91729

909-472-9107

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

7-29-19                    04-21-20
**Date**          **Commission Expires**

SHABBIR AZAM
COMM. # 2147421
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. APR. 21, 2020