## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-22908-Civ-COOKE/GOODMAN

QUEENS HOSPITALITY CORP.,
*a Florida corporation,*

      Plaintiff,

vs.

BREAKFAST BITCH, LLC, *a
California limited liability company*

      Defendant.

_____/

### AMENDED COMPLAINT

Plaintiff, Queens Hospitality Corp., ("Plaintiff" or "Queens"), by and through its undersigned attorneys, for its Complaint against defendant Breakfast Bitch, LLC ("Defendant" or "Breakfast"), alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

### PRELIMINARY STATEMENT

1.  This is an action for infringement of Plaintiff's famous, federally-registered Trademarks, as defined herein, under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), for unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and for dilution under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), all arising from the Defendant's unauthorized use of the Trademarks in connection with the marketing, advertising, promotion, and operation of Defendant's restaurant, Breakfast Bitch, and related goods and services.

2.  Plaintiff seeks injunctive and monetary relief.

### JURISDICTION

3.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1338, in that this is a civil action arising out of a claim under the Lanham Act.

4.  This Court has personal jurisdiction over the Defendant pursuant to the Florida long-arm statute, which authorizes this Court to exercise specific jurisdiction under Fla. Stat. § 48.193(1).

5.     Section 48.193(1)(a)(2) provides that a nonresident defendant is subject to personal jurisdiction in Florida "for any cause of action arising from ... [c]ommitting a tortious act within [Florida]." Fla. Stat. § 48.193(1)(a)(2).

6.     In the present case Florida's long arm statute requirement is fulfilled because per Fla. Statute § 48.193(1)(a)(2) a "defendant committing tortious acts outside the state that cause injury in Florida," satisfies the requirement. Posner v. Essex Ins. Co., 178 F.3d 1209, 1217 (11th Cir. 1999). Injury from trademark infringement occurs in the state where the trademark owner resides. See Panavision Int'l, L.P. v. Toeppen, 141 F.3d 1316, 1322 n. 2 (9th Cir.1998).

7.     Here, Plaintiff is a Florida corporation, and Defendant is infringing on the trademarks of Plaintiff. Moreover, although not limited to the state of Florida, the injury is most significant in the state where Plaintiff has its principal place of business.

8.     Furthermore, the Court's exercise of personal jurisdiction over a nonresident defendant must comport with the Due Process Clause.

9.     The test for determining whether exercising the Florida long-arm statute comports with Due Process is three-fold. First, the defendant must have contacts related to or giving rise to the plaintiff's cause of action. Second, the defendant must, through those contacts, have purposefully availed itself of forum benefits. Third, the defendant's contacts with the forum must be such that it could reasonably anticipate being haled into court there. Fraser v. Smith, 594 F.3d 842, 851 (11th Cir. 2010).

10.     In the present case, Defendant came to Miami, Florida and researched Plaintiff's restaurant, and in turn replicated Plaintiff's concept and appropriated its intellectual property in the form of Defendant's restaurant. Defendant traveled to the state of Florida and consciously misappropriated intellectual property of a Florida corporation in order to gain a benefit, an action which should have caused the Defendant to reasonably anticipate being haled into a Florida court.

11.     Moreover, because Defendant advertises and sells merchandise over the internet, it has placed its products and services in the same stream of commerce as Plaintiff. Their internet advertising and sales are more than just passive, and reach the same audience, in Florida and throughout the United States, as Plaintiff. Given Defendant's knowledge that it is misappropriating the intellectual property of a Florida company, as well as the fact that

2

its marketing and sales interfere with Plaintiff's operations and target Plaintiff's consumers, Defendant should reasonably anticipate having this action brought in Florida.

12.     Finally, it does not offend the notions of fair play and substantial justice because Defendant consciously misappropriated intellectual property from a business located in the state of Florida.

13.     Defendant was put on notice several times that, in the event the Defendant did not cease the use of Plaintiff's intellectual property, Plaintiff would pursue legal action.

14.     Moreover, there is no prejudice to Defendant, in light of the fact that it has already retained legal counsel in Florida and have begun defending this action.

<u>**VENUE**</u>

15.     Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this district and 28 U.S.C. § 1391(b)(2), in that a substantial part of property that is the subject of the action is situated in this district.

<u>**PARTIES**</u>

16.     Plaintiff is a Florida corporation and has its principal place of business in Miami-Dade County, Florida. Plaintiff is a hospitality company that owns several restaurant concepts,  including Bacon Bitch, and is nationally known for its edgy branding and food and beverage concepts.

17.     Upon information and belief, Defendant, is a limited liability company formed under the laws of California, and has a restaurant location in San Diego, California and sells its merchandise and advertises its services and goods throughout the United States. Upon information and belief, Defendant's principals are residents of California. Upon information and belief, Defendant, owns a breakfast restaurant concept based on the same concept and branding as Plaintiff.

<u>**FACTS**</u>

18.     Plaintiff is the owner of Bacon Bitch, a restaurant located in Miami Beach, Florida, which provides a unique twist on comfort food, offering a wide array of brunch style options ("Bacon Bitch").

19.     At least as early as 2016, Plaintiff has owned and operated its restaurant under the name "Bacon Bitch".

3

20.     Plaintiff owns the federal Trademark registration for "Bacon Bitch", namely U.S. Registration No. 5666197 ("Bacon Bitch Registration"). *See* Exhibit A. The Bacon Bitch Trademark has become incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065.

21.     In addition, Plaintiff has also applied and continuously used the Bacon Bitch wordmark, U.S. Serial No. 88398062, in connection with its restaurant services and fast food services ("Bacon Bitch Wordmark"). *See* Exhibit B. Plaintiff has used the Bacon Bitch Wordmark in commerce throughout the United States continuously since at least as early as 2016 in connection with the marketing, advertising and operation of its restaurant, Bacon Bitch, and related goods and services.

22.     Plaintiff also owns trademarks for "Bitch Boutique", U.S. Serial No. 88406814 and "Drunk Bitch", U.S. Serial No. 88398127. *See* Composite Exhibit C.   The Bacon Bitch Registration, Bacon Bitch Wordmark, and all other trademarks and proprietary branding elements belonging to Plaintiff are collectively referred to herein as the "Trademarks".

23.     Plaintiff has used the Bacon Bitch Registration and Bacon Bitch wordmark in commerce throughout the United States continuously since at least as early as 2016 in connection with the marketing, advertising and promotion of its restaurant and related services.

24.     As a result of its widespread, continuous, and exclusive use of the Trademarks to identify its goods and services and Plaintiff as their source, Plaintiff owns valid and subsisting federal statutory and common law rights to the Trademarks in addition to its federal registration rights.

25.     Plaintiff's Trademarks are distinctive to both the consuming public and Plaintiff's trade.

26.     Bacon Bitch has experienced dramatic success since its inception in 2016 and is expanding throughout the United States through franchise opportunities and licensing agreements.

27.     Plaintiff has expended substantial time, money, and resources marketing, advertising, and promoting its restaurant and related services using the Trademarks in its online advertising, national press, merchandise, physical branding elements such as signs, menus and more. During the period from 2016 to 2019 alone, Plaintiff has expended in excess

4

of Two Hundred and Fifty Thousand US dollars ($250,000.00) on the marketing, advertising, and promotion of the restaurant and related businesses sold under the Trademarks and various branding elements.

28.     As a result of Plaintiff's expenditures and efforts, the Trademarks have come to signify the high quality of its restaurant and affiliated businesses designated by the Trademarks, and acquired incalculable distinction, reputation, and goodwill, belonging exclusively to Plaintiff.

29.     Plaintiff's Trademarks have received significant unsolicited coverage in various media, including national television shows, print magazines, and online articles. *See* Exhibit D.

30.     As a result of their distinctiveness and widespread use and promotion throughout the United States, Plaintiff's Trademarks, including but not limited to the Bacon Bitch Registration, are "famous trademark[s]" within the meaning of 15 U.S.C. 1125(c), and became famous prior to the acts of the Defendant alleged herein.

31.     Defendant was registered as a California limited liability company with the California Secretary of State on May 22, 2019. *See* Exhibit E.

32.     Defendant opened its restaurant, "Breakfast Bitch," on July 13, 2019 in San Diego, California, which utilizes the nearly identical and confusingly similar variations of Plaintiff's Trademarks and other branding and advertising elements.

33.     Without Plaintiff's authorization, Defendant adopted and began using the Trademarks and other proprietary branding elements, or confusingly similar variations thereof, including but not limited to the brand name "Breakfast Bitch" (collectively, the "Infringing Trademarks") in commerce throughout the United States.

34.     The Infringing Trademarks adopted and used by Defendant are in some instances identical but in all occasions confusingly similar to Plaintiff's Trademarks.

35.     There are decorative branding elements in Defendant's restaurant that are an exact copy of signage in Plaintiff's restaurant. *See* Exhibit F.

36.     Defendant also uses the same "Welcome Bitches" greeting that Plaintiff, Bacon Bitch is known for. *See* Exhibit G.

37.     In one post on Plaintiff's website ("Bacon Bitch Website"), Plaintiff writes that "Bacon Bitch **seamlessly combines this comfort food staple** with the highest quality

ingredients and freshly baked artisanal croissants for a truly delectable and one of a kind meal." *See* Exhibit H.

38.      According to Defendant, Breakfast's website ("Breakfast Bitch Website"), which is operated from the internet domain www.eatbreakfastbitch.com, Defendant has posted content, recipes, and branding that directly mimics that of Plaintiff's restaurant, Bacon Bitch.

39.      The Breakfast Bitch Website even noted Defendant's inspiration for Breakfast Bitch, writing that Breakfast Bitch was "**inspired by one of the hippest spots in Miami**." *See* Exhibit I.

40.      Defendant then continues to take exact language from the Bacon Bitch Website, "Breakfast Bitch **seamlessly combines comfort food** and make your own pancakes at your ..." *See* Exhibit I.

41.      Moreover, Defendant's menu at Breakfast Bitch, as posted on the Breakfast Bitch Website uses similar names and nearly identical recipes for its food and beverage items. *See* Exhibit J.

42.      Plaintiff, on its menu at Bacon Bitch, uses the following phrases to identify the entrees it offers: (i) primary entrees are identified under the heading "Main Bitch," (ii) side items are identified under the heading "Side Bitch," (iii) add-on items are identified under the heading "Extra Bitch," and (iv) alcoholic beverages are identified under the heading "Drunk Bitch", all of which are the proprietary intellectual property of Plaintiff. *See* Exhibit K.

43.      In an attempt to pawn off the goodwill of Plaintiff's Trademarks and other intellectual property, Defendant uses nearly identical branding elements on its menu, such as: (i) primary entrees are identified under the heading "Main Bitch," (ii) side items are identified under the heading "Side Bitch," (iii) add-on items are identified under the heading "Extra Bitch," and (iv) alcoholic beverages are identified under the heading "Tipsy Bitch." *See* Exhibit J.

44.      Upon information and belief, Defendant or representatives thereof, visited Bacon Bitch only months prior to commencing the promotion, advertising and operations of its infringing concept, Breakfast Bitch.

45.     Defendant's acts are willful with the deliberate intent to trade on the goodwill of Plaintiff's Trademarks, as well as its concept, marketing and branding and cause confusion and deception in the marketplace.

46.     Plaintiff also maintains a page for Bacon Bitch on the popular business review website, yelp.com ("Yelp").

47.     Upon Defendant attempting to register their restaurant, Breakfast Bitch on Yelp, the Yelp restaurant specialist, Santronya Smith, who was assigned to the registration expressed concern that a page for this restaurant (Breakfast Bitch) was already maintained.

48.     Defendant admitted to the Yelp representative, Santronya Smith that they had recently gone to the restaurant in Miami and were opening a similar concept in San Diego.

49.     As a result of this actual confusion, the Yelp representative, directly contacted Plaintiff to confirm if the Breakfast Bitch page was somehow related to Bacon Bitch or otherwise affiliated with Plaintiff.

50.     The Yelp representative's confusion as to the source and origin of Breakfast Bitch and its belief that Breakfast Bitch was affiliated with Bacon Bitch demonstrates that actual consumer confusion exists. *See* Exhibit L.

51.     In addition, consumers have inquired on Breakfast Bitch's Instagram account as to whether Breakfast Bitch is in some way related to Bacon Bitch. *See* Exhibit M.

52.     Defendant's infringing acts as alleged herein have caused and are likely to continue to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of the Defendant's restaurant and have and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendant's restaurant originate from, are associated or affiliated with, or otherwise authorized by Plaintiff.

53.     Defendant has been engaged in the advertising, promotion, of its restaurant and related merchandise using the Infringing Trademarks throughout the United States.

54.     Both restaurants advertise nationally using social media, nationwide television press, and online websites to attract consumers from all over the United States.

55.     Upon information and belief, the Defendant has created, marketed, advertised, and promoted its restaurant and merchandise under the Infringing Trademarks. The two restaurants are in the same industry, both being restaurants, cater to the same target audience,

a young demographic, that travels often and is intrigued by the edgy nature of the marketing and provocative names of its menu items.

56.     Plaintiff's counsel sent a cease and desist letter to Defendant objecting to its use of the Infringing Trademarks on two occasions, March 27, 2019 and April 29, 2019.

57.     Defendant did respond to Plaintiff's letter but did not cease the use of the Plaintiff's Trademarks or confusingly similar variations thereof.

58.     Defendant's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public.

## COUNT I- FEDERAL TRADEMARK INFRINGEMENT

59.     Plaintiff repeats and realleges paragraphs 1 through 58 hereof, as if fully set forth herein.

60.     Defendant's unauthorized use in commerce of the Infringing Trademarks as alleged herein is deceiving consumers as to the origin, source, sponsorship, or affiliation of Defendant's restaurant and merchandise and is causing consumers to believe, contrary to fact, that Defendant's business is authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff. Defendant's conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

61.     Upon information and belief, Defendant has committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in the Trademarks and with the willful intent to cause confusion and trade on Plaintiff's goodwill.

62.     Defendant's conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court.

WHEREFORE, Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under 15 U.S.C. § 1114, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest and other such relief as this Court deems just and proper and requests his Court to enter judgement in favor of Plaintiff, as further set forth below.

## COUNT II- FEDERAL UNFAIR COMPETITION

63.     Plaintiff repeats and realleges paragraphs 1 through 58 hereof, as if fully set forth herein.

64.     Defendant's unauthorized use in commerce of the Infringing Trademarks as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's goods and services and is likely to cause consumers to believe, contrary to fact, that Defendant's goods and services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff.

65.     Defendant's unauthorized use in commerce of the Infringing Trademarks as well as its intentional copying of the Bacon Bitch concept and the branding elements associated therewith, including but not limited to the trade names "main bitch" "side bitch" "extra bitch", the use of nearly identical, and in some instances *identical* recipes, identical signage and other branding elements, as alleged herein, constitutes use in commerce of a word, term, name, symbol or combination thereof, a false designation of origin, false or misleading description of facts, or false or misleading representations of fact.

66.     Upon information and belief, Defendant's conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendant's Breakfast Bitch restaurant with Plaintiff's Bacon Bitch restaurant.

67.     Defendant's conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

68.     Defendant's conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court.

WHEREFORE, Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under 15 U.S.C. § 1125, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest and other such relief as this Court deems just and proper and requests his Court to enter judgement in favor of Plaintiff, as further set forth below.

## COUNT III- FEDERAL TRADEMARK DILUTION

69.     Plaintiff repeats and realleges paragraphs 1 through 58 hereof, as if fully set forth herein.

70.     Plaintiff's Trademarks are distinctive and "famous mark[s]", within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

71.     Plaintiff's Trademarks became distinctive and famous prior to the Defendant's acts as alleged herein and continue to gain nationwide recognition.

72.     Defendant's acts as alleged herein have diluted and will, unless enjoined, continue to dilute and are likely to dilute the distinctive quality of Plaintiff's famous Trademarks.

73.     Defendant's acts as alleged herein have tarnished and will, unless enjoined, continue to tarnish, and are likely to tarnish Plaintiff's Trademarks by undermining and damaging the valuable goodwill associated therewith.

74.     Defendant's acts as alleged herein are intentional and willful in violation of Section 43(c)(1) of the Lanham Act, and have already caused Plaintiff irreparable damage and will, unless enjoined, continue to so damage Plaintiff, which has no adequate remedy at law.

WHEREFORE, Plaintiff is entitled to, among other relief, an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under U.S.C. § 1125(c), 15 U.S.C. 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest and other such relief as this Court deems just and proper and requests his Court to enter judgement in favor of Plaintiff, as further set forth below.

## CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

75.     That Defendant has violated 15 U.S.C. § 1114, 15 U.S.C. § 1125(a); and 15 U.S.C. § 1125(c).

76.     Granting an injunction and permanently enjoining the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise from:

a. marketing, advertising, promoting, or authorizing any third party to market, advertise or promote Breakfast Bitch bearing the Trademarks or any identifying marketing or branding materials that were copied from Plaintiff, or any other mark that is a confusingly similar variation, or colorable imitation of Plaintiff's Trademarks.

b. engaging in any activity that infringes Plaintiff's rights in its Trademarks;

c. engaging in any activity constituting unfair competition with Plaintiff;

d. engaging in any activity that is likely to dilute the distinctiveness of Plaintiff's Trademarks.

e. making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant's restaurant is in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's restaurants are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant;

f. using or authorizing any third party to use [in connection with any business, goods, or services] any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such business, goods and/or services with Plaintiff or tend to do so;

g. registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the Trademarks or any other mark that infringes or is likely to be confused with Plaintiff's Marks, or any goods or services of Plaintiff, or Plaintiff as their source; and

h. aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (g).

77.     Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise

11

offered or circulated by Defendant are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or constitute or are connected with Plaintiff.

78.     Directing Defendant to immediately cease all manufacturing of marketing material, display, distribution, marketing, advertising, promotion, sale, offer for sale and/or use of any and all packaging, labels, catalogs, shopping bags, menus, containers, advertisements, signs, displays, and other materials that feature or bear any designation or mark incorporating the Infringing Trademarks, appropriated recipes and branding elements, or any other mark that is a confusingly similar of Plaintiff's Trademarks.

79.     Directing that Defendant recall and deliver up for destruction all merchandise, advertisements, promotions, signs, displays, and related materials incorporating or bearing the Infringing Trademarks or any other mark that is a confusingly similar to Plaintiff's.

80.     Directing, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), Defendant to file with the court and serve upon Plaintiff's counsel within thirty (30) days after service on Defendant of an injunction in this action, or such extended period as the Court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

81.     Awarding Plaintiff of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

82.     Directing that Defendant account to and pay over to Plaintiff all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate Plaintiff for the damages caused thereby.

83.     In the event that the court determines that the Defendant's profits are insufficient, that the Court grant an appropriate award, but in no event more than three times the profits pursuant to 15 U.S.C. § 1117.

84.     Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

85.     Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

86.     Awarding such other and further relief as the Court deems just and proper.

87.    Plaintiff demands a jury trial.

Dated: September 6, 2019

      Miami-Dade, Florida

                             Respectfully submitted,

                             Brenda J. Schamy
                             DiSchino & Schamy, PLLC
                             *Attorneys for* Plaintiff
                             Florida Bar No. 102829
                             4770 Biscayne Blvd. Suite 1280
                             Miami, Florida 33137
                             Telephone: (786) 581-2542
                             brenda@dsmiami.com

**EXHIBIT**

_A_

# United States of America

## United States Patent and Trademark Office

**BACON** _BITCH_



**Reg. No. 5,666,197**

**Registered Jan. 29, 2019**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Viso, Christopher  (UNITED STATES INDIVIDUAL)
860 Collins Avenue
Miami Beach, FLORIDA 33139

CLASS 43: Restaurant services; Fast-food restaurant services

FIRST USE 1-00-2017; IN COMMERCE 1-00-2017

The mark consists of the stylized wording "BACON BITCH" with the stylized image of a strip of bacon located below the wording.

No claim is made to the exclusive right to use the following apart from the mark as shown: "BACON"

SER. NO. 87-945,359, FILED 06-01-2018



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



**EXHIBIT B**

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Sep 6 03:32:26 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: [      ]  OR  Jump  to record: [      ]   **Record 1 out of 2**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# BACON BITCH

| | |
|---|---|
| **Word Mark** | **BACON BITCH** |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant and bar services. FIRST USE: 20161101. FIRST USE IN COMMERCE: 20161101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88398062 |
| **Filing Date** | April 23, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 27, 2019 |
| **Owner** | (APPLICANT) QUEENS HOSPITALITY IP HOLDINGS LLC LIMITED LIABILITY COMPANY DELAWARE 860 COLLINS AVE. MIAMI BEACH FLORIDA 33139 |
| **Attorney of Record** | Christopher DiSchino |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BACON" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Sep 6 03:32:26 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [    ] OR  Jump  to record: [    ]  **Record 1 out of 2**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | BITCH BOUTIQUE |
| **Goods and Services** | IC 025. US 022 039. G & S: Bandeau tops; Bathing suits; Bathing suits for men; Bikinis; Crop tops; Hats; Hoodies; Leggings; Long-sleeved shirts; Shirts; Shirts and short-sleeved shirts; Shorts; Socks; Sweatpants; Swim wear; Swim suits; T-shirts; Tank-tops; Tank tops; Ankle socks; Boxer shorts; Graphic T-shirts; Hooded sweat shirts; Short-sleeved or long-sleeved t-shirts; Sweat shirts; Wrist bands as clothing. FIRST USE: 20180815. FIRST USE IN COMMERCE: 20180815 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.25 - Coal ; Dust ; Light rays ; Liquids, spilling ; Pouring liquids ; Sand ; Spilling liquids<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines ; Overlined words or letters ; Underlined words or letters |
| **Serial Number** | 88406814 |
| **Filing Date** | April 29, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 27, 2019 |
| **Owner** | (APPLICANT) QUEENS HOSPITALITY IP HOLDINGS LLC LIMITED LIABILITY COMPANY FLORIDA 860 Collins Ave. Miami Beach FLORIDA 33139 |
| **Attorney of Record** | Christopher DiSchino, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOUTIQUE" APART FROM THE MARK AS SHOWN |

| | |
|---|---|
| **Description of Mark** | The color(s) black, and fuchsia is/are claimed as a feature of the mark. The mark consists of the word "BITCH" all capitalized in black which is placed with a black line underneath it and inside a fuchsia splash circle that has what looks like fuchsia-colored paint dripping from it. Underneath this word is the word "BOUTIQUE" in black which is not all capitalized. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Sep 6 03:32:26 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 1 out of 2**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# DRUNK BITCH

| | |
|---|---|
| **Word Mark** | **DRUNK BITCH** |
| **Goods and Services** | IC 043. US 100 101. G & S: Bar services; Restaurant services. FIRST USE: 20171101. FIRST USE IN COMMERCE: 20171101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88398127 |
| **Filing Date** | April 23, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 13, 2019 |
| **Owner** | (APPLICANT) QUEENS HOSPITALITY IP HOLDINGS LLC LIMITED LIABILITY COMPANY DELAWARE 860 COLLINS AVE. MIAMI BEACH FLORIDA 33139 |
| **Attorney of Record** | Christopher DiSchino, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

EXHIBIT
D

# This Trendy Little Bar In Miami Specializes In Everything Profoundly Bacon

**Rachael Heacock**4 months ago

**123**
Updated on April 24 @ 01:57 PM



mackxscott        baconbitch

Bacon: America's candy; some might even go as far to say it's the official favorite food of the Nation. And let's be honest, boozy drinks and chowing down on some crispy bacon - it doesn't get more American than that. If you love bacon, you'll want to get a mouthful at this trendy eatery in Miami that gets you tipsy while specializing in all things bacon.

Bacon Bitch located in Miami Beach Florida combines the comfort food staple with a variety of creative twists. From savory sandwiches on their "Main Bitch" menu to sweet "Side Bitch" treats (both with those crispy bits of course), bacon becomes more than just a breakfast food - it becomes a whole experience.

Bacon doesn't have to be served in a kitschy homestyle diner either; their entire space is as trendy as it gets - perfect for your Insta-feed. The vibe feels like a high-end lounge, with tons of cute feature spots, neon lights, and eclectic decor that ties the whole place together like the perfect little bacon filled package. The entire theme is on point as a place for you and all of your besties to be your best selves and get drunk.

# 30 Bucket List Miami Restaurants You Need To Try If You Haven't Already

**Jannely Espinal** 1 year ago

**7.1K**
Updated on January 04 @ 12:56 PM



lamusecafe | zakthebaker

**Whether you've lived in Miami for a decade or just moved,** the magic city has a lot to offer in terms of culinary experiences. Miami is the gateway to Latin American cuisine and Caribbean food. Wherever you go, this city combines the best of European, Asian, and Latin cuisine. In recent years, the food scene in Miami has grown tremendously and new restaurants are always opening.

**Restaurants are upping their game** and offering something unique besides the menu. Miami restaurants offer entertainment and unique flavors only locals know about. If you are from Miami, you know that secret spot and alley that offers unique sandwiches and burgers.

**No matter if you are a tourist or a local,** there are specific Miami restaurants that will make you believe in heaven again. Whether you are on a budget or ready to spend your month's check, there's a restaurant for everyone. This bucket list combines the best restaurants to enjoy a bite.

# Bacon Bitch

**Where: 860 Collins Avenue //** South Beach



@baconbitchmiami

**Who would have thought South Beach** had unique restaurants like Bacon Bitch? The name is deceiving but the menu is incredible. It is located in the middle of the action and Art Deco district. They serve unique bacon inspired sandwiches, salads, and treats. After all, bacon is not just for breakfast.

 

(/) (/search)





baconbitchmiami on Instagram (https://instagram.com/p/BxkobTF74X/media/?size=l)

**PLACE (/PLACE)**

## This Bacon-Centric Miami Brunch Spot Will Have You Coming Back For More

Fun, casual, delicious...oh, and bacon.

 **Mariasol Vargas (/author/mariasolvargas)**

Florida International University (/chapter/fiu)



**SPOON**
UNIVERSITY

(/)

🔍

(/search)

☰

**SHARE**

**Get more Spoon in your feed.**

YouTube

| your@email.com | Join |
|---|---|

I'm a foodie, and I truly believe that every hour of the day is the perfect time for food. But if I *had* to pick a favorite time to eat, I'd definitely choose brunch, because since the first day I tried **Bacon Bitch (https://www.baconbitch.com/)**'s brunch offerings, I've been completely sold. I now solely crave the salads and croissants here *every* weekend morning, and I am not complaining. I mean, if you had a toasty croissant filled with eggs and bacon in front of your face, would *you* be complaining?

obsession. Going to Bacon Bitch is an entire experience; from the food, to the service, it's not your typical brunch place. They turn ordinary food into something amazing and convenient, which means top-quality brunch, incredible and quick service, and leaving satisfied without having spent more than $20 of your pocket money. *Chaching.*

SHA



## How's the Food? I'll Let You Decide.

 **SPOON** UNIVERSITY

Save

**1**

(/)

(/search)

**SHARE**

from Uploaded by user

------------------------------------------------------------

**Mariasol Vargas**
Food

The restaurant is called Bacon Bitch, but it goes way beyond your average bacon dishes. The main menu consists of a variety of fresh, delicious croissants, with drool-worthy picks such as sausage gravy for the meat lovers, hash browns for the breakfast fans, lobster if you want a little twist, bacon (*always* bacon), and even homemade hummus for my healthy people.

Not surprisingly, Bacon Bitch's **website (https://www.baconbitch.com/#bacon-bitch-miami-kitchen)** tells us all about their executive chef Jasmin Shoman, who "has decades of experience cooking with world-renowned Chefs." No wonder they have unbelievably tasty croissants! Please promise me you'll

SPOON
UNIVERSITY
(/)

(/search)

...sist on the croissants; you'll be addicted, but you be the judge! Additionally, they have side dishes, from salads to pancakes. And of course, quality coffee and incredibly fruity cocktails, because it is brunch, after all.

## The Service? Just Know, A Little Party Never Killed Nobody.

SHARE



baconbitch
Bacon Bitch

View Profile

View More on Instagram

The amazing food offered pairs perfectly with the friendliest service I've ever experienced at a restaurant. The people at Bacon Bitch are fun, exciting, and like to start random parties at any point. So even if you did not have anything to celebrate anyways, you just might end up standing up to dance right after biting into your food. The only way I can describe this, is that if you're having a bad day, this place will most likely make your day a thousand times more fun.



baconbitch
Bacon Bitch

View Profile

SHARE





View More on Instagram

Bacon Bitch is definitely the right place to visit to start an exciting weekend, especially if you're with a group of friends and in the mood for something different. From my own experience, I can say that every time I go, the food's heavenly (and they always have extra syrup for you), the decoration has a nice artistic touch that completely draws me in, and I always end up singing and dancing along to the background music with my friends and the waitresses. Plus, there's nothing more convenient than casual and affordable, good-quality food.

SPOON
UNIVERSITY

(/)

What are you waiting for? Go have a blast, enjoy a breathtaking croissant, catch some syrup action and don't forget to bring all your friends along!

(/search)





Follow A Taste of Koko on Facebook ➔   [ Like 11K ]

# A TASTE OF KOKO (https://www.atasteofkoko.com) 🔍



**145**
Shares

145

MIAMI
(HTTPS://WWW.ATASTEOFKOKO.COM/CATEGORY/TRAVEL-
GUIDES/VISIT-MIAMI)

# Weekend Guide To Things To Do In South Beach

APRIL 14, 2019



Follow A Taste of Koko on Facebook ➔   Like 11K

Miami – I'm back baby! I've traveled to Miami many times in the past but it's been awhile since I've been back in Miami so I've missed this city so much. On this trip, I wanted to stay in South Beach so I could do a proper weekend guide to things to do in South Beach with where to eat and where to stay in South Beach.

Cuban food is really good and I usually try to dine Follow A Taste of Koko on Facebook →   Like 11K here every time I visit Miami. Order the chicken and

rice with a coconut mojito. A TASTE OF KOKO (https://www.atasteofkoko.com)   Q

**Puerto Sagua** – if you get late night cravings for Cuban food like I do, go to Puerto Sagua. It's been open since 1962 and the food isn't overpriced.

**Las Olas Cafe** – another Cuban restaurant! If you see people standing on the sidewalk scarfing down 146 Shares croquettes and drinking cafecitos, you're in the right spot.

**Bodega Taqueria y Tequila** – this cute Mexican spot serves tacos, burritos, and tequila. I loved the elotes and salsa & chips but was disappointed to see i145 hashbrowns and cheese in my barbacoa taco.

**La Sombra** – I didn't get a chance to here but I did stop in to take a photo of this plant-filled restaurant.

**Bacon Bitch** – this cheeky restaurant caught my eye while I was shopping between stores on Collins St. The line was too long so I didn't eat here.



## WHERE TO STAY IN SOUTH BEACH



**[ Please read web version for embedded content ]**

# The 12 Best Dog-Friendly Restaurants in Miami

**LAINE DOSS, ELENA VIVAS, SARA FIEDELHOLTZ | AUGUST 26, 2019 | 9:00AM**

Your dog isn't just a pet. He's your friend, your running buddy, and the keeper of your deepest secrets. So why wouldn't you go out on the town with him?

Miami's tropical climate ensures there are plenty of places with outdoor spaces perfect for you and Binky or Bosco to enjoy together. And though most restaurant patios welcome you and your pooch, some go far beyond the complimentary water bowl by catering to four-legged friends via special doggie dishes and freebies.

Here are the 12 best restaurants for you and your dog to have a wonderful outing together.



Bitches can lounge on the patio at Bacon Bitch. / **Photo by Carlos Jose Gallego**

## Bacon Bitch

**860 Collins Ave., Miami Beach**
**305-900-7371**
baconbitch.com

Take your favorite little bitch to this restaurant and stretch out on the inviting patio.
Bacon Bitch is so dog-friendly it will customize any item on the menu for your pooch.
Why not share the Queen sandwich with your favorite furry diva? It's filled with egg,
Nueske's bacon, and sharp cheddar ($10). Or create a meal from the extra bitch menu,
with offerings such as strip steak ($2), one egg ($3), turkey sausage ($3), cheese ($2),
and bacon bits ($3).

SHARE                                                                                    AUGUST 23, 2019

# South Florida hot spot serves up bacon with shock value

Shireen Sandoval

International Bacon Day might be around the corner, but Deco found a spot where it's Bacon Day every day. We're checking out a spot that serves up crispy goodness with a side of fun shock value.

Employee: "Hi, bitches!"

Wait a second.

What did they just say?

Employees: "Hey, bitches. Welcome to Bacon Bitch."

That's one heck of a greeting at the South Florida hot spot where life's a bitch.

Chris Viso, Bacon Bitch: "Bacon Bitch is a fast casual restaurant right here on South Beach. We specialize in croissant breakfast sandwiches."

The name might make you do a double take, and their signature greeting...

Employees: "Hey, bitches!"

...will probably catch you off-guard the first time you walk in, but it's all in good fun and meant to have you feeling like you're out with your squad.

Jiselle Hernandez, customer: "You don't really hear that unless you're with your friends, so to have complete strangers do it to you, it's just, like, it's exciting. It honestly feels like I'm coming in to see my best friends. They're so welcoming."

The restaurant also believes that intent matters, which is why the staff is taking the word back.

Chris Viso: "We love energy. We're big on empowering people using the bitch word."

Employee: "We're just taking the word bitch, turning it around, making something positive out of something negative. We make our customers feel really comfortable, and that's basically what it's all about."

You go girls!

Now that that's covered, let's talk about the b-word.

Bacon, of course!

As you probably guess from the name, pretty much everything here on the menu has tons and tons of it.

Chris Viso: "The texture of the bacon is actually really unique, so the outside is real crispy, and the inside is real, real juicy, so when you bite into it, you get the best of both worlds."

Yum!

One of their most popular sandwiches is the Queens, which has bacon, eggs and cheddar cheese.

There's also the Cuban, which puts a new spin on a Miami classic by adding *chicharrons*, red cabbage, and — you guessed it — bacon.

Jiselle Hernandez: "I actually really like the Cuban, so I will have cravings, and I will actually drive up here from Fort Lauderdale just to fulfill it."

Elizabeth Navarro, customer: "I think this place is awesome. First of all, I love bacon, so it's delicious, plus the drinks and I'm with my girls, so it's good. It's great."

**FOR MORE INFO:**

Bacon Bitch
860 Collins Ave.
Miami Beach, FL 33139
305-900-7371
www.baconbitch.com/

*Copyright 2019 Sunbeam Television Corp. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

## More from WSVN.com

**Missing teen found after 3 family members shot in Miami Gardens**
WSVN 7NEWS Miami/Ft. Lauderdale

**Flooded roads, overcast skies in Broward, Palm Beach ahead of Dorian**
WSVN 7NEWS Miami/Ft. Lauderdale

**'A big deal': Florida braces for Hurricane Dorian**
WSVN 7NEWS Miami/Ft. Lauderdale

**Video shows newborn baby being dropped at Arizona hospital**
WSVN 7NEWS Miami/Ft. Lauderdale

**5 arrested after months-long undercover operation in Hollywood**
WSVN 7NEWS Miami/Ft. Lauderdale

## Sponsored Content

**[Pics] Husky Runs Off Into Woods But Returns With This In Her Mouth**
Creative Timez

**[Photos] Teen Offers to Carry Man's Groceries for Food, Had No Idea Who He Was**
Finance 101

**[Photos] A Girl Was Found Frozen After 500 Years And She Looked Like She Was**
Scribol

**[Photos] Wife Reads Out Her Husband's Affair Texts Instead of Her Vows During**
Coolimba

**[Pics] She Was Ignored by Her Biological Mom only To Find out Her Sister Is One of**
Direct Expose

Advertisement

Miami (/news/miami)

# Get these 3 trending Miami Beach restaurants on your radar today

Malibu Farm | Bacon Bitch | Mercato Della Pescheria



January 9, 2019

Read Next:                                                              ✕

As fans of cronuts and cake pops can attest, food trends come and go. So how can

0900AEDC17CC)

Open since last April, this breakfast and brunch spot, which offers sandwiches, burgers and more, is trending compared to other businesses categorized as "Breakfast & Brunch" on Yelp.

Citywide, breakfast and brunch spots saw review counts increase by a median of 3.4 percent over the past month, but Malibu Farm (https://www.yelp.com/biz/malibu-farm-miami-beach-2?utm_campaign=NULL%2C&utm_medium=3b4c1d20-9476-4bb7-8ba7-0900aedc17cc) saw an 18.5 percent increase, maintaining a mixed 3.5-star rating throughout.

Located at 4525 Collins Ave. within the Nobu Eden Roc Hotel in Oceanfront, Malibu Farm's standout items include the organic tofu scramble, avocado and ricotta pizza (expect a kick from the jalapeño on top) and soy ginger skirt steak with broccoli mashed potatoes and pickled vegetables. Yelpers also rave about its signature watermelon cocktail with cucumber-infused vodka, watermelon, lime and basil. (View the spot's full offerings here (https://redirect.hoodline.com/https-www-edenrochotaaeb17a4b297e5cbe2f6?utm_source=story&utm_medium=web&utm_campaign=stories).)

## Bacon Bitch

PHOTO: BACON BITCH/YELP (HTTPS://YELP.COM/BIZ_PHOTOS/BACON-BITCH-MIAMI-BEACH?UTM_CAMPAIGN=NULL%2C&UTM_MEDIUM=3B4C1D20-9476-4BB7-8BA7-0900AEDC17CC)

Whether or not you've been hearing buzz about Flamingo Lummus's Bacon Bitch (https://www.yelp.com/biz/bacon-bitch-miami-beach?utm_campaign=NULL%2C&utm_medium=3b4c1d20-9476-4bb7-8ba7-0900aedc17cc), the well-established New American and breakfast and brunch spot, which offers sandwiches and more, is a hot topic according to Yelp review data.

While businesses categorized as "American (New)" on Yelp increased their review count by a median of 2.3 percent over the past month, Bacon Bitch bagged a 10.9 percent increase in reviews within that timeframe, maintaining a sound four-star

Read Next:

rating.

Open at 860 Collins Ave. since 2017, Bacon Bitch offers bacon inspired sandwiches, like its signature American Bitch (a croissant filled with egg, hash browns, bacon and syrup) and the Country Bitch, which might remind you of Thanksgiving dinner (it comes with egg and turkey sausage, topped with sausage gravy). (See the menu here (https://redirect.hoodline.com/https-www-baconbitcha67638024f6a5ce21ed1? utm_source=story&utm_medium=web&utm_campaign=stories).)

## *Mercato Della Pescheria*

PHOTO: KARINA G./YELP (HTTPS://WWW.YELP.COM/BIZ_PHOTOS/MERCATO-DELLA-PESCHERIA-MIAMI-BEACH-MIAMI-BEACH? UTM_CAMPAIGN=NULL%2C&UTM_MEDIUM=3B4C1D20-9476-4BB7-8BA7-0900AEDC17CC)

Flamingo Lummus's Mercato Della Pescheria (https://www.yelp.com/biz/mercato-della-pescheria-miami-beach-miami-beach? utm_campaign=NULL%2C&utm_medium=3b4c1d20-9476-4bb7-8ba7-0900aedc17cc) is also making waves. Open since 2017 at 412 Española Way, the Italian and Mediterranean spot, which offers seafood and more, has seen a 10.9 percent bump in reviews over the last month, compared to a median review increase of 3.6 percent for all businesses tagged "Seafood" on Yelp.

Mercato Della Pescheria has four stations offering a variety of fish, meats, imported cheeses and house-made pastas. Menu highlights include the coal-smoked chicken salad, half Maine lobster linguini and seared ahi tuna with a whole grain mustard red wine reduction. You'll find fine whiskeys, cognacs and other cocktails. Over the past month, it's maintained a solid 4.5-star rating among Yelpers. (Check out the full menu here (https://redirect.hoodline.com/http-www-mercatodelle4c31f8ae898a92345e9? utm_source=story&utm_medium=web&utm_campaign=stories).)

**Read Next:**                                                                                                                  ✕

**by Hoodline** @Hoodline (http://twitter.com/Hoodline)

ADVERTISEMENT

**Travel & Outdoors** › Weekend Getaways

BAILAMOS

# Strip, Pose, Slay: My Celebrity Week in Miami

Doing it up in South Florida.

By <u>Alexis Vargas</u> • 8/17/2018 at 8:00am

56



IMAGE: <u>PISAPHOTOGRAPHY/SHUTTERSTOCK.COM</u>

**baconbitch**
Bacon Bitch

View Profile



# Houstonia.
# Houstonia.



**View More on Instagram**

**130 likes**
**baconbitch**

Mexico  vs Sweden 🇸🇪 ! #DrunkBitch #Mundial #WorldCup #BaconBitch
view all comments

Add a comment...

## Eat

Lunch in Downtown Miami at **Giardino Gourmet Salads**, where greens doused in spicy peanut dressing and fresh veggies go down easy with a *Colada*—a really strong Cuban coffee you take in a small shot glass. *giardinosalads.com*

There's an ice cream shop in Little Havana dedicated to one of our Latin idols, Celia Cruz. It's called **Azucar**—named after one of her famous songs—and the *dulce con leche* cone left *manchas* (stains) on my shirt. It was delicious. *azucaricecream.com*

Peruvian food at **La Luicadora.** *licuadorarestaurant.com*

**Bacon Bitch**, nestled in South Beach's The Franklin hotel, is flooded with the b*tch word from décor to the menu, including the delicious Country B*tch croissant. There's also an addictive colada. I left with a little souvenir, a shirt from Bacon Bitch that reads *Boss Bitch*, because in the end, that's exactly how I felt leaving Miami, and I hope you do too. *baconbitch.com*

Filed under

<u>Florida</u>, <u>Travel</u>, <u>South Beach</u>, <u>Miami</u>

Show Comments

ADVERTISEMENT

## Related Content



**WEEKEND GETAWAYS**
**Two Days in Fort Lauderdale Does the Trick**
08/20/2019 • By <u>Jayme Lamm</u>



**PARTY IN THE CITY WHERE THE HEAT IS ON**
**How to Spend 24 Hours in Miami**
03/26/2019 • By <u>Bill Wiatrak</u>



# 48 Hour Foodie Guide to Miami

*posted by* **MEGHAN Y.** *on* **JANUARY 29, 2018**   //   💬 **0** *comments »*

*Please note this post contains affiliate links.*

*Whether you are heading to Miami to head out on a cruise or for a beach vacay, my 48 Hour Foodie Guide to Miami is your go-to for the ultimate in everything food and drink. Forget the over-the-top posh spots, this is the side of Miami you need to see.*

**Bacon Bitch  (South Beach)**

When you are hungover and starving or perhaps it's the middle of the night, you head to Bacon Bitch for a snack and some espresso. Yes the name is odd but dang I was surprised by how much I LOVED their flavors. After having a disappointing Cubano experience the day before, I was delighted to find the satisfaction I was looking for here. Though not a traditional cubano, their version in a croissant with pickled red onion and other delicious toppings such as chicharrones, I was bursting with happiness and a full belly once I stuffed the entire thing into my face. The filling portion for each is 100% worth the $$ better than any of those so-called cheap breakfasts or brunches you get on Ocean Drive that are a TOTAL rip off!

*Recommended Sips:* Espresso, obviously. Nothing else. Just this.

*Recommended Bites:* Cuban Bitch was just WOW the mojo pork was insane with chicharrones pickled red onion pickles and bacon that melted in my mouth, Philly Bitch with dreamy spicy nacho cheese and juicy steak with onions and mushrooms

NIKKI A HALL ⌄     TRAVEL     FASHION     FINANCE     BEAUTY     LIFE

INSTAGRAM OUTFITS ⌄     f  𝕏  ⓘ  ⓟ  ♡  ▶  🔍



**THE  FASHIONABLE  ACCOUNTANT**

NIKKI A HALL ⌄     TRAVEL     FASHION     FINANCE     BEAUTY     LIFE

INSTAGRAM OUTFITS ⌄

# 11 MIAMI BEACH INSTAGRAMMABLE LOCATIONS

JULY 29, 2018 *in posts, travel*



Save

### Newsletter

*Your email address*

SIGN UP

NIKKI A HALL ⌄     TRAVEL     FASHION     FINANCE     BEAUTY     LIFE

INSTAGRAM OUTFITS ⌄     f  𝕏  ⓘ  ⓟ  ♡  ▶  🔍

This cute breakfast and lunch spot was cady corner from our hotel and has two really awesome neon signs for photos. I didn't take any there during this trip, but my girlfriends Kat & Nubiana did. They said that the food and drinks were really good there too.



Kat @deliriumstyle

NIKKI A HALL ⌄      TRAVEL      FASHION      FINANCE      BEAUTY      LIFE

INSTAGRAM OUTFITS ⌄      f  🐦  📷  📌  ♡  ▶  🔍



Nubiana @nubianaliloutee

NIKKI A HALL ⌄     TRAVEL     FASHION     FINANCE     BEAUTY     LIFE

INSTAGRAM OUTFITS ⌄        

EXHIBIT
**E**



**California Secretary of State**
Electronic Filing



FILED
Secretary of State
State of California

## LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | Breakfast Bitch LLC |
| | |
| Entity (File) Number: | 201914810347 |
| File Date: | 05/22/2019 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1.  Entity Name: **Breakfast Bitch LLC**

2.  Business Addresses:

    a.  Initial Street Address of Designated Office in California:
    3825 Fifth Avenue
    San Diego, California 92103
    United States

    b.  Initial Mailing Address:
    3825 Fifth Avenue
    San Diego, California 92103
    United States

3.  Agent for Service of Process: **LEGALZOOM.COM, INC. (C2967349)**

4.  Management Structure: **More than One Manager**

5.  Purpose Statement: **The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.**

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:

By: Cheyenne Moseley, Assistant Secretary of Legalzoom.com, Inc.





Bacon Bitch



**China N.**
Anaheim, CA
💬 **106 friends**
⭐ **1 review**
📷 **1 photo**

⭐⭐⭐⭐⭐ 8/26/2019
📷 1 photo  ⚙ 1 check-in

Great service and fun atmosphere. Definitely, coming back with some friends. Highly recommend the pineapple mimosa.



Breakfast bitch



**EXHIBIT**

**G**

 7/14/2019

It's in a great location and got a lot of business their opening day but I didn't really like it. The staff was nice but they called me bitch over and over and over again. It was too much. The food also needed seasoning.

 Useful 3    Funny 4    Cool 1   

 7/17/2019

Wow!  From the cry of "welcome bitches" as I entered to the avocado toast, this place is as fun ( and good!) as it sounds!  My new fav breakfast spot in Hillcrest!  Adrian was especially friendly and helpful.

 Useful    Funny    Cool 1



EXHIBIT

Inspired by the classic New York breakfast dish - BaconEgg & Cheese, **Bacon Bitch** seamlessly combines this comfort food staple with the highest quality ingredients and freshly baked artisanal croissants for a truly delectable and one of a kind meal. No longer just for breakfast, bacon is *more* than food... it's an ***experience***.

**Bacon *Bitch***. Come get a mouthful.

**Hours:** Friday- Monday 8:00am- 3:00am

Tuesday-Wednesday 8:00am-6:00pm

**Location:** 860 Collins Ave, Miami Beach, FL 33139

**Phone:** 305-900-7371



Welcome to

# Breakfast Bitch

Situated in the Hillcrest district of San Diego, Breakfast Bitch is an exciting new concept founded in 2019 by Tracii & Derrell Hutsona.

Inspired by one of the hippest spots in Miami, Breakfast Bitch seamlessly combines comfort food and make your own pancakes at your table with a hip and playful vibe featuring a one of a kind experience. Come thru for good food, good fun, and good music.
Stop in and Griddle your own pancakes, choose a yummy croissant breakfast sandwich or something light from our Skinny Bitch menu. Hang our at Tipsy Bitch for BOTTOMLESS Mimosas or try our signature Bloody Bitch.

Monday-Saturday                          8AM-2PM
Sunday DJ Brunch                         8AM-3:30PM
After Hours Friday and Saturday          1AM-4AM

Stay Tuned for our GRAND OPENING in SPRING 2019

EXHIBIT

tabbies®

J

# A Bitch Gotta Eat......

## MAIN BITCH

Southern ............................ 10.00
*(sausage gravy, turkey sausage & egg)*
All American .......................... 12.00
*(Hashbrowns, Nueske's Bacon, egg*
*& syrup)*
Bougie ............................... 15.00
*(Lobster, Nueske's Bacon bits, Dijon*
*hollandaise, spinach & eggs)*
Brooklyn .......................... 11.00
*(Neuski's Bacon, egg & Sharp cheese)*
Day0 .................................. 13.00
*(strip steak, portabello mushrooms, spicy*
*nacho cheese)*
Pop's Shrimp & Grits........13.00

## SIDE BITCH

Flaky Croissant ...................... 4.00
Crispy Hash Browns............5.00
Chocolate & Bacon Croissant..6.00
Chocolate Chip Cookie..........5.00

## SKINNY BITCH

Greek Fit .............................. 10.00
*(hummus, tomato, cucumber & egg*
*whites)*
Slim Down.............................. 10.00
*(egg whites & turkey sausage spinach*
*salad w/herb vinagrette)*
Level Up ............................... 10.00
*(peanut, almond, or cookie butter on*
*whole wheat croissant)*

## BASIC BITCH

Make your own cakes........... 10.00
*(pitcher of pancake batter, strawberries,*
*bananas, powdered sugar, chocolate*
*chips)*
Simple ............................... 10.00
*(hashbrowns, egg & turkey gravy)*
Easy..................................... 10.00
*(strip steak, egg, dijon hollandaise)*

## EXTRA BITCH

Strip Steak............................. 5.00
Lobster................................. 8.00
Roasted Red Pepper Jam...... 3.00
Turkey Sausage...................3.00
Nueke's Bacon.....................3.00
Turkey Bacon.......................3.00
Bacon Bits............................2.00
Egg/Egg Whites....................2.00
Cheese.................................2.00

## THIRSTY BITCH

Box of Water............................................... 2.00
Oranjuu........................................................4.00
Pineapple Mango........................................ 4.50
Italian Sodas.............................................. 5.00
French Milled Lemonade.............................4.50

## TIPSY BITCH

Brunch Mimosa.......................................... 8.00
Fruity Bitch (Pineapple Mimosa)................. 8.00
Bougie Bitch (Bellini)................................. 8.00
Bloody Bitch .............................................. 7.00
More Bitch (Bottomless Mimosa)................22.00

## COFFEE BITCH

Strong & Dark ..................... 4.00
Au Lait ............................... 4.50
Cappuccino ......................... 6.00
Latte .................................. 6.00

**EXHIBIT**



**K**

# MAIN BITCH

**COUNTRY** — $10
Sausage Gravy, Turkey sausage, Egg

**AMERICAN** — $12
Hash Brown, Nueske's Bacon, Egg, Syrup

**FANCY** — $15
Lobster, Nueske's Bacon Bits, Dijon Hollandaise, Spinach, Egg

**QUEENS** — $10
Nueske's Bacon, Egg, Sharp Cheddar Cheese

**FIT** — $10
Hummus, Tomato, Cucumber, Egg White

**BACON** — $10
Nueske's Bacon, Tomato Jam, Spinach, texas Pete Aioli

**CUBAN** — $12
Chicharrons, Mojo Pork, Swiss, Nueske's Bacon, Pickles, Pickled Red Cabbage, Yellow mustard

**PHILLY** — $13
Strip Steak, Portobello Mushrooms Caramelized onions, Spicy Nacho Cheese

SIDE BITCH

**FRESH**
Fresh Croissants
$4

**ORIGINAL**
Nueske's bacon, Syrup
$8

**CRISPY**
Seasoned Homemade Hash Brown
$5

**SWEET**
Croissant, chocolate Ganache,
Nueske's Bacon Bits
$6

**CHUNKY**
Homemade Chocolate Chunk
Cookie With Gooey Chocolate
Center
$5

**FLUFFY**
Homemade Silver Dollar Buttermilk
Pancakes, candied bacon Bits,
Syrup
$7




EXTRA BITCH

| | |
|---|---|
| Strip steak | $4 |
| Tomato Jam | $2 |
| Lobster | $6 |

| | |
|---|---|
| Egg/Egg White | $2 |
| Mojo Pork | $3 |
| Turkey Sausage | $3 |

| | |
|---|---|
| Bacon Bits | $3 |
| Cheese | |
| | $2 |





**DRUNK BITCH**

# ARE YOU **DRUNK,** *BITCH*?

### HUSTLE $12

Mango daiquiri, mango rum, Three
Olives pomegranate vodka & fresh
pomegranate.









## LUST $12

Strawberry daiquiri, Dobel tequila, passion fruit rum, fresh stawberry & lime.

## EMOTIONS $12

Mango & watermelon daiquiri, rum, Three Olives raspberry vodka, fresh strawberry.





## FAME $12

Piña colada daiquiri, coconut rum, Three Olives pineapple vodka, cherry & coconut flakes.

## PLEASURE $12

Mango & piña colada daiquiri, rum, coconut rum, coconut flakes & fresh strawberry.









**MIAMI** $12

Strawberry & piña colada daiquiri, Three Olives pomegranate vodka, guava rum, coconut flakes & fresh pomegranate.

**MIMOSA** $12

Orange juice & champagne.



EXHIBIT

L

## Breakfast Bitch
1 message

**Tron** <nyctrizzle@gmail.com>                                                                    Fri, Jul 12, 2019 at 11:09 A
To: Santronya Smith <nyctrizzle@gmail.com>

In the beginning of March when I was employed as an Inbound Sales Rep at Yelp I received a call from Tracy asking for
information about creating a new Yelp listing for a new restaurant in San Diego. I went to the website to collect the
information I needed and the menu looked identical to a menu I had seen on another account "Bacon Bitch" the menu
looked  exactly the same to me right down to the price point  I asked Traci if she was familiar with Bacon Bitch and if she
knew Chris Visio who was  the owner. She told me she didn't know Chris but she was familiar with Bacon Bitch because
she went there with her husband when they first opened and had such a great time that they decided to do something
similar. She then told me that her concept was different because they added a table side pancake bar.

Santronya Smith
224.616.1316

EXHIBIT

M

tabbies

< **Comments**

**xock_** @breakfastbitch_sd  will do.
19w   1 like   Reply

**taylereatseverything** 👍
19w   1 like   Reply

**amandavsfood** Are y'all related to bacon bitch in Miami??
18w   1 like   Reply

**amandavsfood** @breakfastbitch_sd I need to stop by soon!
18w   Reply

**breakfastbitch_sd** @amandavsfood Bacon Bitch Miami is awesome! We are not related to them at all!
15w   Reply

**sandiego_diary** 😎 😎
18w   Reply

**brinsonbarbara59** @breakfastbitch_sd will make a visit Friday  especially  4 bloody mary.  Hope taste as good as photo looks 😃 😃
13w   Reply