# AFFIDAVIT OF SERVICE

| Case:<br>Civil Action No. 1:19-cv-22908-MGC | Court:<br>United States District Court For The Southern District of Florida | County:<br>Miami-Dade, FL | Job:<br>3599827 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Queens Hospitality Corp, A Florida Corporation | | **Defendant / Respondent:**<br>Breakfast Bitch LLC, A California Limited Liability Company | |
| **Received by:**<br>Jon Serve Associates | | **For:**<br>DiSchino & Schamy | |
| **To be served upon:**<br>Breakfast Bitch LLC, A California Limited Liability Company | | | |

I, DAVID LUCE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Breakfast Bitch LLC, A California Limited Liability Company, 101 North Brand Ave 11th Floor, Glendale, CA 91203

**Manner of Service:** Served: Registered Agent, 9/12/2019 at 3:50 PM

**Documents:** Summons and Amended Complaint

**Additional Comments:**
1)

**Fees:** $

_____   9-16-19
DAVID LUCE                  Date

David Luce
Jon Serve Associates
California Process Servers
10950 Arrow Route 661
Rancho Cucamonga, CA 91729
Process License #2014059259
County: Los Angeles
909-472-9107

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public



9-16-19                     4-21-20
Date                        Commission Expires



SHABBIR AZAM
COMM. # 2147421
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. APR. 21, 2020