UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22908-Civ-COOKE/GOODMAN

QUEENS HOSPITALITY CORP.,
*a Florida corporation,*

    Plaintiff,

vs.

BREAKFAST BITCH, LLC, *a
California limited liability company*

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING PROPOSED MEDIATOR**

Pursuant to the Order Setting Civil Trial Date and Pretrial Deadlines and Order of Referral to Mediation [D.E. 27], Plaintiff hereby gives notice that:

1. The parties have conferred and agreed upon Harry R. Schafer, Esq. as a proposed mediator.

Dated: October 24, 2019

    Miami-Dade, Florida

Respectfully submitted,

_____
Brenda J. Schamy
DiSchino & Schamy, PLLC
*Attorneys for* Plaintiff
Florida Bar No. 102829
4770 Biscayne Blvd. Suite 1280
Miami, Florida 33137
Telephone: (786) 581-2542
brenda@dsmiami.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Ben T. Lila, Esq.
Mandour & Associates, APC
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: 858-487-9300
blila@mandourlaw.com

Matthew S. Nelles, Esq.
Nelles Kostencki PLLC
110 E. Broward Blvd., Suite 670
Fort Lauderdale, FL 33301
Telephone: 954-246-4800
mnelles@nklawflorida.com

Adriana Kostencki, Esq.
Nelles Kostencki PLLC
110 E. Broward Blvd., Suite 670
Fort Lauderdale, FL 33301
Telephone: 954-246-4800
akostencki@nklawflorida.com

Attorneys for Defendant

By: /s/Brenda J. Schamy/
Brenda J. Schamy
Florida Bar No. 102829
DiSchino & Schamy, PLLC
4770 Biscayne Blvd., Suite 1280
Miami, Florida 33137
Telephone: (786) 581- 2542
brenda@dsmiami.com
Attorney for Plaintiff