# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 19-22908-Civ-COOKE/GOODMAN

QUEENS HOSPITALITY CORP.,
*a Florida corporation,*

      Plaintiff,

vs.

BREAKFAST BITCH, LLC, *a*
*California limited liability company*

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 29

    Plaintiff, by and through undersigned counsel, hereby files this Notice of Striking Docket Entry 29 and in support states as follows:

1. On October 24, 2019, Plaintiff filed their Plaintiff's Notice of Filing Proposed Mediator. In doing so, there was an error wherein the filing did not match the selected event.

2. Plaintiff will e-file this notice a second time under Docket Entry 32.

    WHEREFORE, Plaintiff, by and through undersigned counsel, request this Court to strike Docket Entry 29 as moot.

                        Respectfully submitted,

                        _____

                        Brenda J. Schamy
                        DiSchino & Schamy, PLLC
                        *Attorneys for* Plaintiff
                        Florida Bar No. 102829
                        4770 Biscayne Blvd. Suite 1280
                        Miami, Florida 33137
                        Telephone: (786) 581-2542
                        brenda@dsmiami.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Ben T. Lila, Esq.
Mandour & Associates, APC
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: 858-487-9300
blila@mandourlaw.com

Matthew S. Nelles, Esq.
Nelles Kostencki PLLC
110 E. Broward Blvd., Suite 670
Fort Lauderdale, FL 33301
Telephone: 954-246-4800
mnelles@nklawflorida.com

Adriana Kostencki, Esq.
Nelles Kostencki PLLC
110 E. Broward Blvd., Suite 670
Fort Lauderdale, FL 33301
Telephone: 954-246-4800
akostencki@nklawflorida.com

Attorneys for Defendant

By: /s/Brenda J. Schamy/
Brenda J. Schamy
Florida Bar No. 102829
DiSchino & Schamy, PLLC
4770 Biscayne Blvd., Suite 1280
Miami, Florida 33137
Telephone: (786) 581- 2542
brenda@dsmiami.com
Attorney for Plaintiff