UNITED STATES DISTRICT COURT IN AND FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-22908-CIV-COOKE/GOODMAN

QUEENS HOSPITALITY CORP.,

    Plaintiff,
v.

BREAKFAST BITCH LLC,
    Defendant.
_____/

**AFFIDAVIT OF COMPLIANCE**

The undersigned, pursuant to this Court's Order Granting Motion to Withdraw as Counsel for Defendant, hereby certifies that on December 30, 2019 and January 2nd, 2019, a true and correct copy of the *Order Granting Motion to Withdraw as Counsel for Defendant* has been sent by electronic mail and traditional U.S. mail, respectively, to the following parties:

- Breakfast Bitch LLC., Att.Traci Hutsona, Manager, 3825 Fifth Avenue, San Diego, CA, USA 92103; tracii@eatbreakfastbitch.com, and

- Ben Lila, Mandour & Associates, APC, 16870 West Bernardo Drive, Suite 400, San Diego, California 92127, blila@mandourlaw.com.

    Respectfully submitted,

    By: */s/ Euyelit Adriana Kostencki*
    Matthew S. Nelles
    Florida Bar No. 009245
    mnelles@nklawflorida.com
    E. Adriana Kostencki
    Florida Bar No. 84507
    akostencki@nklawflorida.com
    NELLES KOSTENCKI, PLLC
    Corporate Center
    110 E. Broward Blvd, Suite 670
    Fort Lauderdale, FL  33301
    Telephone: (954) 246-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to:

DISCHINO SCHAMY, PLLC
Christopher Anthony DiSchino
Email: christopher@dsmiami.com
Email: brenda@dsmiami.com
Brenda Juliet Schamy
4770 Biscayne Blvd.
Suite 1280
Miami, FL 33137
Telephone: (786) 581-2542
Facsimile: 305-503-7079
Attorneys for plaintiff,
Queens Hospitality, LLC

By: ___/s/ *Euyelit Adriana Kostencki*___
Adriana Kostencki
Florida Bar No. 84507
Email: akostencki@nklawflorida.com